NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON WILLIAMS, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>ONE WEST BANK, FSB, et al.,<br><br>       Defendants. | Case No.<br>EDCV 12-01695 JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 4, 2013

                                         JESUS G. BERNAL<br>                                  United States District Judge