CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON WILLIAMS, et al., | ) | Case No. EDCV 12-01695 JGB(OPx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| ONE WEST BANK, FSB, et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed July 3, 2013, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: __July 10, 2013__   _____

                              JESUS G. BERNAL
                United States District Judge